■ KEVIN JACKSON, Appellant, v JAMAICA HOSPITAL MEDICAL CENTER et al., Respondents. [828 NYS2d 821]—In an action, inter alia, to recover damages for fraud, the plaintiff appeals from an order of the Supreme Court, Queens County (Hart, J.), dated June 16, 2005, which denied his motion to compel disclosure of medical records.

Ordered that the order is affirmed, without costs or disbursements.

The Supreme Court providently exercised its discretion in denying the plaintiff's motion (*see* CPLR 3101 [a]; 4504 [a]). Schmidt, J.P., Krausman, Goldstein, Covello and Angiolillo, JJ., concur.